JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAZELL,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN SERVICES CORP.,<br><br>        Defendant. | Case No.: 8:15-cv-01146-DOC-JCG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [34]** |

## ORDER

Based on the Stipulation for Dismissal between Plaintiff Trazell and Defendant Experian Information Solutions, Inc. (improperly named as Experian Services Corp.) the case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Date: June 10, 2016

_____
DAVID O. CARTER
United States District Court Judge