## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trazell<br><br>v.<br>Plaintiff(s)<br><br>Experian Information Solutions, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>8:15-cv-01146-DOC-JCG<br><br>**MEDIATION REPORT** |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☐ A mediation was held on (date): _____ .

   ☒ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☐ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
       - ☐ Plaintiff or plaintiff's representative failed to appear.
       - ☐ Defendant or defendant's representative failed to appear.
       - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____ .

Dated: 06/17/16

Signature of Mediator
Lan Nguyen
_____
Name of Mediator (print)

The Mediator is to electronically file original document.